134 A.3d 956

IN THE MATTER OF THE APPLICATION FOR A NEW JERSEY
PERMIT TO CARRY A HANDGUN BY RICHARD PANTANO.

May 22, 2014.

## ORDER

This matter having been duly considered and the Court having
determined that certification was improvidently granted;

It is ORDERED that the within appeal is dismissed.